478 A.2d 121

Commonwealth v. Pue, Appellant.
Petition for Allowance of Appeal
Denied Jan. 9, 1985.

Submitted April 2, 1984. Joseph T. Kelley, Jr., for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Order affirmed.